390 A.2d 291

Commonwealth v. Carson, Appellant.

Argued March 20, 1978. James R. Leonard, Jr., for appellant; M. Melie, Assistant District Attorney, and D. Richard Eckman, District Attorney, submitted a brief for Commonwealth, appellee.

Order affirmed.

HOFFMAN and SPAETH, JJ., would remand for resentencing.